EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:   541-2850
facsimile:   541-2958
e-mail:      wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 08 2003

at ____ o'clock and 45 min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00025 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 1951 |
| | ) | |
| JAY YOUNG KWON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

### COUNT 1

The Grand Jury charges that:

On or about December 6, 2002, in the District of Hawaii, the defendant JAY YOUNG KWON did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United

States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property from the person and in the presence of M.S.O., who was an employee of Black Pearl of Tahiti which was engaged in commerce, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2

The Grand Jury further charges that:

On or about December 15, 2002, in the District of Hawaii, the defendant JAY YOUNG KWON did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property from the person and in the presence of A.F., who was an employee of Ala Moana Comics Arcade which was engaged in commerce, against his will by means of actual and

threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 3

The Grand Jury further charges that:

On or about December 20, 2002, in the District of Hawaii, the defendant JAY YOUNG KWON did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property from the person and in the presence of M.L., L.T. and Z.C., who were employees of Jewelry & Watch Collections which was engaged in commerce, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 4

The Grand Jury further charges that:

On or about December 28, 2002, in the District of Hawaii, the defendant JAY YOUNG KWON did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property from the person and in the presence of D.D., R.D. and L.D., who were employees of Happy Pawn which was engaged in commerce, against their will by means of actual and

//
//
//
//
//
//
//
//
//
//
//

threatened force, violence, and fear of injury, immediate and future, to their person.

All in violation of Title 18, United States Code, Section 1951.

DATED: Jan. 8, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES R. PORTER
Assistant U.S. Attorney